# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 232 EAL 2018

                                Respondent   :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

                 v.                           :

TIMOTHY TRAHEY,                  :

                           Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issue, rephrased for clarity, is:

> Do the facts and circumstances in this case justify a warrantless blood draw
> under the exigent circumstances exception to the warrant requirement?